UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**RANDOLPH W. ROBINSON**,

    **Plaintiff,**

**v.**

**JAMES N. CROSS,**

    **Defendants.**                           No. 15-cv-191-DRH

<u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.** This matter is before the Court on Defendant's Motion to Dismiss (Doc. 15).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 3, 2016 (Doc. 17) granting Defendant's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:    /s/*Caitlin Fischer*
                                                         **Deputy Clerk**

Dated:   March 3, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.03.03 11:24:05 -06'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT